Business Search ?

The business name or identification number on file with the Secretary of State.
◉ By business name   ○ By Kansas Secretary of State Business ID   ○ By resident agent name

Midland Credit Management, Inc.

◉ Contains   ○ Starts With

[Search]   [Return To Search Results]

General Information   **Filing History**

**Business ID**

48421   [Purchase Certified Copies]

**Business Name**

MIDLAND CREDIT MANAGEMENT, INC.

**Type**

Domestic For-Profit Corporation

**Formation Date**

09/09/1953

**Jurisdiction**

Kansas

**Status**

Active and in Good Standing

[Purchase Certificate of Good Standing]

**Principal Office**

**Address**

350 CAMINO DE LA REINA SUITE 100   [Update Online]

**City, State Zip**

SAN DIEGO, CA 92108

**Country**   United States of America

**Resident Agent Name**

CORPORATION SERVICE COMPANY

**Registered Office**

**Address**

1100 SW WANAMAKER RD. SUITE 103

**City, State Zip**

TOPEKA, KS 66604

**Last Reporting Year**

2022

**Next Report Due Date**



EXHIBIT A

04/15/2025

**Forfeiture Date**

07/15/2025

All pages and content are the sole property of the Kansas Secretary of State

© 2024 - All Rights Reserved