Midland Credit Management
350 Camino De La Reina, Ste. 300
San Diego, CA 92108

Date    01 / 11 / 2024

Re:     Cynthia Kay Brady

 Ks

Dear Midland Credit Management,

You are credit reporting that I owe $329 to Comenity Capital Bank regarding an account ending in 1008. I dispute this debt and do not want to be contacted about it by your company. I am not requesting validation.

Thank you,

*Cynthia Brady* (signature)

Cynthia Brady

Doc ID: b56d81bca2ff537bf7e13b3a...


EXHIBIT B

Cynthia Kay Brady
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇ Ks ▇▇▇▇



Midland Credit Management
350 Camino De La Reina, Ste. 300
San Diego, CA 92108

Midland Credit Management
350 Camino De La Reina, Ste. 300
San Diego, CA 92108

Date   01 / 11 / 2024

Re:   Cynthia Kay Brady

Ks

Dear Midland Credit Management,

You are credit reporting that I owe $930 to Synchrony Bank regarding an account ending in 4853. I dispute this debt and do not want to be contacted about it by your company. I am not requesting validation.

Thank you,

*Cynthia Brady* (signature)

Cynthia Brady

Cynthia Kay Brady
██████████████████
████ Ks █

Midland Credit Management
350 Camino De La Reina, Ste. 300
San Diego, CA 92108



Midland Credit Management
350 Camino De La Reina, Ste. 300
San Diego, CA 92108

Date    01 / 11 / 2024

Re:    Cynthia Kay Brady

Ks

Dear Midland Credit Management,

You are credit reporting that I owe $623 to Synchrony Bank regarding an account ending in 5056. I dispute this debt and do not want to be contacted about it by your company. I am not requesting validation.

Thank you,

*Cynthia Brady* (signature)

Cynthia Brady

Doc ID: b56d81bca2ff537bf7e13b3a5b81738836270c46

Cynthia Kay Brady
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇ Ks ▇▇▇

Midland Credit Management
350 Camino De La Reina, Ste. 300
San Diego, CA 92108

