# experian.

## Credit Profile Report

Brady, Cynthia Kay ▮

**Applicant**

03/01/2024-01:19:05 AM CT

### Personal Information

| Best Name | Other Name(s) |
|---|---|
| *CINDY BRADY | CYNTHIA K BRADY; *K K BRADY-CYNTHIA; *CYNTHIA K GASTMANN-BRADY |
| *Does not match inquiry | *Does not match inquiry |

| Best Social Security number | Other Social Security number(s) | Date of Birth |
|---|---|---|
| ▮ | ▮ | ▮ |

| Best Address | Other Address(es) |
|---|---|
| ▮ | ▮ |
| Single-family dwelling | Apartment complex |
| Reported 5 time(s) from 03/01/1988 to 03/03/2022 | Reported 3 time(s) from 05/21/2020 to 02/13/2021 by Update |
| Last subscriber 3321860 by Update | |
| *Does not match inquiry | |

| Best Employer | Other Employer |
|---|---|
| ▮ | ▮ |
| Reported 07/2015 by Inquiry | Reported 04/2001 by Inquiry |

### Messages

**Informational Messages**

| Type | Message |
|---|---|
| | 0083 SSN NOT PROVIDED |

### Profile Summary

| Disputed Accounts: | 0 | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|

| Public Records: | ▮ | Past Due Amount: | | Total Inquiries: | | Satisfactory Accts: | ▮ |
| Installment Bal: | | Monthly Pay: | | Inquiries (last 6 mo): | | Now Delinq/Derog: | |
| Real Estate Bal: | | Real Estate Pay: | | Total Tradelines: | | Was Delinq/Derog: | |
| Revolving Bal: | ▮ | Revolving Avail: | | Paid Accounts: | | Oldest Tradeline: | |

*Not all trades are included in this calculation

### Creditors

**Mortgage Accounts**



EXHIBIT C



| *MIDLAND CREDIT MANAGEM / 2910772 / YC · Other Collection Agencies | | | | | | |
|---|---|---|---|---|---|---|
| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
| 06/28/2021 | $930 | 06/2021 | $930 | | 02/24/2024 | $930 |

| Account Condition: | | | | | | | | | | | | | | Account #: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | | | | | | | | | | | Responsibility: | Individual | | | |
| Account Type: | Debt Buyer | | | | | | | | | | | | | Account Terms: | 1 Month | | | |
| Payment History: (Up to 25 months) | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Delinquency Counter: (Past 7 years) | | 30 | 60 | 90+ | Derog |
| | 2024 | 9 | 9 | | | | | | | | | | | | | 0 | 0 | 0 | 29 |
| | 2023 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | Worst Delinquency: | Collections | | | |
| | 2022 | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | Worst Delinq Date: | 01/01/2022 | | | |
| | | | | | | | | | | | | | | Months Reviewed: | 29 | | | |

Original creditor: SYNCHRONY BANK

**\*MIDLAND CREDIT MANAGEM / 2910772 / YC - Other Collection Agencies**

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 06/28/2021 | $623 | 06/2021 | $623 | | 02/24/2024 | $623 |

| Account Condition: | | | | | | | | | | | | | | Account #: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | | | | | | | | | | | Responsibility: | Individual | | | |
| Account Type: | Debt Buyer | | | | | | | | | | | | | Account Terms: | 1 Month | | | |
| Payment History: (Up to 25 months) | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Delinquency Counter: (Past 7 years) | | 30 | 60 | 90+ | Derog |
| | 2024 | 9 | 9 | | | | | | | | | | | | | 0 | 0 | 0 | 29 |
| | 2023 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | Worst Delinquency: | Collections | | | |
| | 2022 | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | Worst Delinq Date: | 01/01/2022 | | | |
| | | | | | | | | | | | | | | Months Reviewed: | 29 | | | |

Original creditor: SYNCHRONY BANK

**\*MIDLAND CREDIT MANAGEM / 2910772 / YC - Other Collection Agencies**

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 10/21/2021 | $329 | 10/2021 | $329 | | 02/24/2024 | $329 |

| Account Condition: | | | | | | | | | | | | | | Account #: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | | | | | | | | | | | Responsibility: | Individual | | | |
| Account Type: | Debt Buyer | | | | | | | | | | | | | Account Terms: | 1 Month | | | |
| Payment History: (Up to 25 months) | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Delinquency Counter: (Past 7 years) | | 30 | 60 | 90+ | Derog |
| | 2024 | 9 | 9 | | | | | | | | | | | | | 0 | 0 | 0 | 25 |
| | 2023 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | Worst Delinquency: | | | | |
| | 2022 | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | Worst Delinq Date: | | | | |
| | | | | | | | | | | | | | | Months Reviewed: | 25 | | | |

Original creditor: COMENITY CAPITAL BANK

