

# THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
   davephilipps@aol.com
Mary E. Philipps
   mephilipps@aol.com
Angie K. Robertson
   angie@philippslegal.com

March 22, 2024

Midland Credit Management, Inc.
350 Camino De La Reina
Suite 100
San Diego, California 92108

Re:   *Cynthia Brady*, ███████████████████████████ Kansas
       ███ Comenity Capital Bank (Account No. ending in ███);
       Synchrony Bank (Account No. ending in ███); and, Synchrony Bank
       (Account No. ending in ███)

To Whom It May Concern:

I, along with my co-counsel, the Callahan Law Firm, represent Ms. Brady regarding your attempt to collect a Comenity Capital Bank debt and two Synchrony Bank debts from Ms. Brady. As our client has previously told you, the debts you are attempting to collect are disputed. Accordingly, we demand that you stop reporting those debts without noting that they are disputed.

Very truly yours,

*/s/ David J. Philipps*

David J. Philipps
DJP:amt
Cc:   Callahan Law Firm, LLC
      222 West Gregory, Suite 210
      Kansas City, Missouri 64114

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900  Fax 708.974.2907
www.philippslegal.com



EXHIBIT D



THE LAW FIRM OF
PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465



PITNEY BOWES
$0.64 0
US POSTAGE
FIRST-CLASS
028W0002310853
2000263507
ZIP 60465
MAR 22 2024

Midland Credit Management, Inc.
350 Camino De La Reina
Suite 100
San Diego, California 92108